UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60368-CIV-MOORE/SIMONTON

**INDEMNITY INS. CO. OF NORTH AMERICAN,**

    Plaintiff,

v.

**SAFFORD CONNERS TRANSPORTATION, INC., et al.,**

    Defendants.
_____/

## AGREED ORDER ON MOTION TO COMPEL

Presently pending before the Court is Defendant Safford Conners Transportation, Inc.'s (SCTI), Motion to Compel Production of Documents from Plaintiff (DE # 22). The parties has telephonically advised the Court that the motion has been resolved, and have submitted an Agreed Order (DE # 24), the text of which is set forth below.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

On or before September 7, 2010, Plaintiff shall provide an Amended Response to SCTI's Request to Produce, dated July 16, 2010, and shall produce at the office of SCTI's counsel all documents responsive thereto, to the extent that any exist and are in Plaintiff's or Plaintiff's insured's possession, including, but not limited to the following:

    1.    Documentary evidence of payment by Plaintiff's insured for the artwork and other merchandise alleged to be missing from the subject shipment, i.e. wire transfer receipts, cancelled checks;

    2.    The terms and conditions on the reverse side of the consignment purchase order produced as BS 53 and copies of the terms and conditions otherwise referenced on the front side of the purchase orders and the consignment purchase orders produced by Plaintiff;

3. Bills of lading, warehouse receipts and other shipping related documents pertaining to the delivery of the artwork and merchandise in question to the point of origin of the subject shipment; and

4. Clear and legible copies of photographs produced by Plaintiff.

**DONE AND ORDERED** in chambers in Miami, Florida, on August 27, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:
The Honorable K. Michael Moore,
   United States District Judge
All counsel of record